**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                          Case No. 5:11-mj-1029-TBS

**DENNIS HALL**

_____

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5, FED.R.CRIM.P.

**DENNIS HALL**, having been arrested and presented before me for removal proceedings pursuant to Rule 32.1, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 32.1 thereof, the following has occurred of record.

An Initial Appearance on the Rule 32.1 Probation Petition from the District of Columbia was held on October 21, 2011.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **DENNIS HALL** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary examination has been held because the defendant elects to have the preliminary examination conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **DENNIS HALL** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Ocala, Florida, on October 21, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

United States Attorney
United States Marshal
United States Probation
Counsel for Defendant
Clerk, District of Columbia